DOA
08/26/22

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:   22-9333 MJ |
| 1.   George Bautista, | |
| and | |
| 2.   Derik Howell. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendants GEORGE BAUTISTA and DERIK HOWELL violated 18 U.S.C. §§ 922(u) and 924(i)(1), Theft of a Firearm from an FFL's Inventory; 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm; and, 18 U.S.C. §§ 922(j) and 924(a)(2), Possession of a Stolen Firearm, described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: Addison Santomé, AUSA

Digitally signed by ADDISON SANTOM
Date: 2022.08.27 10:36:50 -07'00'

AIMET MORALES
Digitally signed by AIMET MORALES
Date: 2022.08.27 11:05:21 -07'00'

| | |
|---|---|
| Aimet Morales, SA for ATF | |
| Name of Complainant | Signature of Complainant |

| | | |
|---|---|---|
| Sworn to telephonically before me | | |
| 8/27/2022@11:50am | | |
| Date | at | Phoenix, Arizona |
| | | City and State |

| | |
|---|---|
| HONORABLE EILEEN S. WILLETT | |
| United States Magistrate Judge | ESWillett |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

**Theft of a Firearm from an FFL's Inventory**

On or about August 4, 2022, in the District of Arizona, Defendant GEORGE BAUTISTA unlawfully stole, took, and carried away firearms, that are:

(1) Zastava ZPAP 92 Pistol SN: Z92-107882;

(2) Century Arms NAK 9 Pistol SN: RON2211898;

(3) Kel Tec SUB-2K9 Rifle SN: FGTA25;

(4) Anderson AM-15 Pistol SN: 22017731;

(5) Anderson AM-15 Pistol SN: 22017732;

(6) Anderson AM-15 Pistol SN: 22000060;

(7) Smith & Wesson M2.0 Pistol SN: NJL4700;

(8) Taurus Judge Pistol SN: E5436246;

(9) Stoeger STR-9 Pistol SN: T6429-21501944;

(10) Springfield EMP4 Pistol SN: SMP436246;

(11) Springfield XD9 Pistol SN: XD994667;

(12) Sig Sauer P220 Pistol SN: 37A006744;

(13) EAA Girsan MC285A SN: T6368-21AV11527;

(14) Springfield XD-S Pistol SN: BB105018;

(15) SAR USA SAR9T SN: T1102-21CC52278;

(16) EAA Girsan Regard FDE TB SN: T6368-21A17901;

(17) EAA Girsan Regard FDE SN: T6368-22A04383;

(18) EAA Girsan XLV Pistol SN: T6368-22AP01467; and

(19) EAA Girsan MC1911S Pistol SN: T6368-22AP00241;

which all had been shipped and transported in interstate or foreign commerce, from the business inventory of Harris Brother's Tactical, located at 15610 N. 35th Ave, Unit 6,

Phoenix, Arizona, which is a business licensed to engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

## COUNT TWO

### Felon in Possession of a Firearm

From on or about August 4, 2022, to August 26, 2022, in the District of Arizona, Defendant GEORGE BAUTISTA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that are:

(1) Zastava ZPAP 92 Pistol SN: Z92-107882;

(2) Century Arms NAK 9 Pistol SN: RON2211898;

(3) Kel Tec SUB-2K9 Rifle SN: FGTA25;

(4) Anderson AM-15 Pistol SN: 22017731;

(5) Anderson AM-15 Pistol SN: 22017732;

(6) Anderson AM-15 Pistol SN: 22000060;

(7) Smith & Wesson M2.0 Pistol SN: NJL4700;

(8) Taurus Judge Pistol SN: E5436246;

(9) Stoeger STR-9 Pistol SN: T6429-21501944;

(10) Springfield EMP4 Pistol SN: SMP436246;

(11) Springfield XD9 Pistol SN: XD994667;

(12) Sig Sauer P220 Pistol SN: 37A006744;

(13) EAA Girsan MC285A SN: T6368-21AV11527;

(14) Springfield XD-S Pistol SN: BB105018;

(15) SAR USA SAR9T SN: T1102-21CC52278;

(16) EAA Girsan Regard FDE TB SN: T6368-21A17901;

(17) EAA Girsan Regard FDE SN: T6368-22A04383;

(18) EAA Girsan XLV Pistol SN: T6368-22AP01467; and

(19) EAA Girsan MC1911S Pistol SN: T6368-22AP00241;

said firearms having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

### Felon in Possession of a Firearm

On or about August 26, 2022, in the District of Arizona, Defendant DERIK HOWELL, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is a Sig Sauer P220 Pistol SN: 37A006744; said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

### Possession of a Stolen Firearm

From on or about August 4, 2022, to August 26, 2022, in the District of Arizona, Defendant DERIK HOWELL knowingly possessed a stolen firearm, that is a Sig Sauer P220 Pistol SN: 37A006744, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Aimet Morales, a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since February of 2005.  I am presently a member of the ATF Phoenix Field Division's Group I.  As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal and state laws.  I have participated in the use of cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF.  Additionally, I have participated in numerous controlled buys of firearms and narcotics from targets of law enforcement investigations.  Based on training and experience, I am familiar with methods used for firearms trafficking and narcotics trafficking.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.  Based on the below facts, your Affiant submits there is probable cause that George BAUTISTA, Derik HOWELL, and known and unknown conspirators, violated Title 18, United States Code (U.S.C.) §§ 922(u) and 924(i)(1), Theft of a Firearm from an FFL's Inventory; Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of a Firearm; and, Title 18, U.S.C. §§ 922(j) and 924(a)(2), Possession of a Stolen Firearm.

**PROBABLE CAUSE**

3.      On August 4, 2022, at approximately 4:15 a.m., a burglary occurred at Harris Brother's Tactical, a Federal Firearms Licensee (FFL), located at 15610 N. 35th Ave., Unit 6, Phoenix, Arizona.

4.      Harris Brother's Tactical is located in a small strip mall, faces east and shares walls to the north and south with other businesses.  The rear portion of the business faces a block pony wall that separates the building from a large apartment complex to the west, Avalon Hills Apartments.

5.      On August 9, 2022, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) Special Agent (SA) Morales and Task Force Officer (TFO) George Fulton met with the FFL owner, Gabriel Harris, at the FFL business.  Harris has equipped the store with internal cameras (Lorex), one outdoor camera (Ring), and an ADT notification security system.

6.      Harris stated that on the morning of August 4, 2022, at approximately 6:00 a.m., he woke up to numerous missed calls from his brother who resides in Texas.  He stated that his brother was receiving calls from ADT, the alarm company, and was attempting to get ahold of him.  Harris advised he did not receive any calls from the alarm company himself and was not sure why they were calling his brother.  He stated that the first missed call from his brother was at 4:18 a.m.

7.      Harris stated that he then viewed his internal Lorex cameras and noticed two guns on the floor.  Then, he viewed the past video surveillance which revealed, at approximately 4:15 a.m., the breaking and entering of his business through the ceiling area located in the back room.  He observed video of the subjects taking firearms from glass displays from the show room and leaving through the back door.  He then contacted the Phoenix Police Department (PPD).

8.      Then, Harris reviewed his Ring camera footage and noticed that at approximately 4:40 a.m. a police officer responded to the front of the business.  Based on

the video, the officer looked through windows, and Harris believes he likely did not notice evidence of a crime and the officer left the premises.

9.      Upon discovery of the burglary, Harris contacted PPD.  At approximately 6:55 a.m. PPD responded to the scene to initiate a police report.  Harris showed the officers around and they observed two glass display cases that were opened with guns missing and two handguns laying on the floor behind the display cases.  Officers went to the back of the store where they observed the ceiling tiles above the gun safes were knocked down and damaged.

10.      Harris pointed out that the two steel bars that go over the back door were removed and on the floor.  The PPD officer used a ladder to climb up the attic area and observed a large hole cut through the drywall to suite #7 allowing suspects to enter from suite #7 which is a vacant business.

11.      The property manager arrived, and officers were given access into suite #7 where they were able to see a hole in the roof where entry was made and could clearly see where the suspects entered suite #6 from suite #7.  According to the property manager, the suspects pushed over the air conditioning unit on the roof which gave them access to the attic.  A PPD officer looked on the roof and saw the air conditioning unit had been forcibly moved enough to allow access to the attic above suite #7.

12.      Please note, according to Harris, suite #7 became vacant one month prior.  In addition, he stated that on the day prior he did not put his firearms in his safe because he was rushing out to go to church.  When asked if he always put away his firearms, he stated no, that it was dependent on the amount of spare time he had.  He also advised that he did not lock the glass cases where the firearms were located.

### Lorex Surveillance Footage

13.      Harris provided law enforcement with the video surveillance from the Lorex in-store cameras.  Below are the observations from that video surveillance.  Please note, video surveillance was one hour ahead, and this report will document the actual time.  In addition, the video is not in color so anything that is not black appears light colored or grey,

however the actual color is unknown and I have described it as "light" as it is clearly not black.

a. At 4:15 a.m., video surveillance captures Suspect 1, a black male wearing light colored clothing, to include a hooded sweater with the writing "Cal" or "Cali" and a bear logo, and Nike two toned shoes. The suspect enters the back room of the business from the ceiling. Once inside the premise, Suspect 1 looks around, appears to have noticed the camera and puts on a mask over his head. A screenshot of the suspect's face was captured.

**Suspect 1**



b. Suspect 1 then removes the steel security bars from the back door that were in place to prevent forced entry from the outside. Suspect 1 obtains a duffle bag from someone who was in the ceiling area of the room and goes to the front room and is out of view.

c. At approximately 4:16 a.m., Suspect 2 enters the back room from the ceiling area and walks towards the back door, he then walks towards the front "show room," and is out of view. Suspect 2 is seen wearing long pants or jeans with a sweater over a "SeedleSs" logo shirt, the suspect appears to be heavier set and have a beard, and also appears to be wearing glasses. A screenshot of Suspect 2 was captured on the next page.

**Suspect 2**



d.  Seconds later, Suspect 2 returns to the back room to open the rear door. At approximately 4:17 a.m., Suspect 2 exits the back door and Suspect 1 is seen running out the back door carrying a large duffle bag.

e.  The video surveillance in the "show room" captures Suspect 1 enter the room and go to the display cases towards the front of the store where he is seen opening two display cases and place firearms into the duffle bag. Suspect 1 then takes firearms displayed on the wall, places them in the duffle bag, and walks out the room towards the back room. Suspect 2 is seen briefly entering the front "display room" while Suspect 1 is taking the firearms and returns toward the back room.

14.  The investigation revealed the following 20 firearms were stolen. ATF Nexus Expert Lowell Farley confirmed all firearms, except the Ruger, were manufactured outside of Arizona. Consequently, those firearms travelled interstate to be in Arizona. The firearms are as follows:

(1) Zastava ZPAP 92 Pistol SN: Z92-107882;

(2) Century Arms NAK 9 Pistol SN: RON2211898;

(3) Kel Tec SUB-2K9 Rifle SN: FGTA25;

(4) Anderson AM-15 Pistol SN: 22017731;

(5) Anderson AM-15 Pistol SN: 22017732;

(6) Anderson AM-15 Pistol SN: 22000060;

(7) Smith & Wesson M2.0 Pistol SN: NJL4700;

(8) Taurus Judge Pistol SN: E5436246;

(9) Stoeger STR-9 Pistol SN: T6429-21501944;

(10) Springfield EMP4 Pistol SN: SMP436246;

(11) Springfield XD9 Pistol SN: XD994667;

(12) Sig Sauer P220 Pistol SN: 37A006744;

(13) EAA Girsan MC285A SN: T6368-21AV11527;

(14) Springfield XD-S Pistol SN: BB105018;

(15) SAR USA SAR9T SN: T1102-21CC52278;

(16) EAA Girsan Regard FDE TB SN: T6368-21A17901;

(17) EAA Girsan Regard FDE SN: T6368-22A04383;

(18) EAA Girsan XLV Pistol SN: T6368-22AP01467;

(19) EAA Girsan MC1911S Pistol SN: T6368-22AP00241; and,

(20) Ruger 5.7 Pistol SN: 643-68448*

*Firearm was manufactured in Arizona

### Ring Video Surveillance

15.     Harris stated that the Ring video had visual of the front entrance area of the business and parking lot.  When asked if agents could obtain access to his Ring video footage to review for possible suspect sighting prior to the burglary, Harris stated yes and provided his account information and passcode.

16.     Using that information, on August 17, 2022, SA Morales obtained a federal search warrant for video surveillance captured from the Ring camera placed in front of Harris Brother's Tactical.  The federal search warrant (22-8249MB) was authorized by Honorable John Z. Boyle.  The warrant included video 30 days prior to the burglary to attempt to observe the Suspects at the business scouting the store prior to the burglary.

17.     The following are relevant video excerpts.  Please note, the videos document UTC time and this report will document in Arizona time.

a. SA Morales first noticed a subject fitting the description of Suspect 1 on August 1, 2022 (three days before the burglary), at about 11:30 p.m. The subject arrived riding a bicycle and stopped in front of the business and looked through the window. This subject was wearing the same sweatshirt from the night of the burglary and dark shorts with patching or design in front of the left leg area.



b. On August 1, 2022, at 6:41 p.m., two males fitting the description of Suspect 1 and Suspect 2 are seen entering the business. Suspect 1 appears to be wearing the same shorts with patching or design on the front left leg area. They arrive in a red Ford Escape being driven by Suspect 1. At approximately 7:12 p.m., they leave the business, enter the Ford Escape and drive away southbound through the parking lot.



c. On August 2, 2022 (two days before the burglary), at approximately 3:08 p.m., a male fitting the description of Suspect 1 (appears to be wearing the same shorts), arrives in a red Ford Escape, enters the business and leaves at about 3:12 p.m. in a southbound direction through the lot.



d. As the vehicle leaves the parking lot, the target vehicle is observed with stickers, one positioned in the rear left top window area and another sticker in the bottom left.



18.    Below are screenshots of clothing similarities between Suspect 1 and the subject on the bicycle looking through the window of the FFL prior to the burglary. Note, the similarities in the shoes and sweater. Please note, that it is evident in the motioned video that the sweater is a "Cal" Bear logo.



Lorex Burglary Footage (8/4/2022)



Ring Footage (8/1/2022)

## Image Detection

19.    Based on the videos obtained from Ring, ATF submitted screenshots and videos for image detection and comparison within the DPS database.

20.    On August 25, 2022, Image Detection returned a possible match for Suspect 2.  The subject was identified as George BAUTISTA who uses multiple DOB's (DOB XX/XX/85 and XX/XX/85.)



| Search Image | Candidate Image |
| --- | --- |

21.    BAUTISTA has previously been convicted of at least three felony offenses as follows:

      a.  On or about May 28, 2013 in Mohave County, Arizona, BAUTISTA was sentenced to five years in the Arizona Department of Corrections as a result

of a guilty verdict in CR-2012-00914.  BAUTISTA was found guilty of Count 1: Possession of Dangerous Drugs for Sale (Methamphetamine), a Class 2 felony, Count 2: Possession of Drug Paraphernalia (Methamphetamine), a Class 6 felony, and count 4: Theft, a Class 6 felony, for crimes that occurred on July 15, 2012.

22.    Based BAUTISTA's prior felony convictions, he would be a prohibited possessor pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

23.    Additional inquiry revealed a possible address for BAUTISTA on Crocus Street in Phoenix, Arizona, hereafter referred to as the Crocus address.  The Crocus address is approximately 1 mile from Harris Brother's Tactical.

### Red 2009 Ford Escape

24.    In addition, an inquiry was made within a commercial database that captures and contains vehicle license plate information through photographs further identifying the make, model, and color of the vehicle.  An inquiry revealed a possible match with a vehicle with the same make, model, and stickers on the left (hereafter referred to as "Vehicle").

25.    The Vehicle was last captured in the area of 35th Ave. and Crocus, near BAUTISTA's possible residence.  The registered owner is Staci Rogers.  Although the Vehicle and her license reflect a Prescott address, Rogers is the current owner of the Crocus address.



Commercial Database Pictures

Vehicle Images

DSNEGRL

Vehicle Spotted:
06-04-22 at 4:33:57 PM MDT



Ring Surveillance Footage

26.    Based on public social media, Rogers and BAUTISTA appear to be in a relationship.

27.    On August 25, 2022, law enforcement officers initiated surveillance at the Crocus address. At approximately 6:00 p.m., officers observed the Vehicle at the residence being driven by Rogers. Moments later, officers observed BAUTISTA exit the residence, walk near and around the vehicle.



28.    Shortly thereafter, law enforcement observed Suspect 1 outside the residence.

29.    On the same date, PPD Detectives observed Suspect 1 leave the residence on a bicycle at 8:58. Suspect 1 was covering his face using a bandana. He was observed riding around the neighborhood and return to the Crocus address. According to surveillance units, Suspect 1 appeared very nervous and was observed looking around and attempting to hide his face with a hoodie.

30.    On August 26, 2022, additional individuals started to gather at the Crocus address. During surveillance, law enforcement observed at least one individual with a firearm in their waistband.

**Residential Search Warrant**

31.     On August 26, 2022, ATF with the assistance of PPD executed a federal search warrant (22-9332 MB) at the Crocus Residence and red Ford Escape.  During the execution of the search warrant, numerous occupants were detained, including BAUTISTA and Derik HOWELL.

32.     During the search of the Crocus residence, law enforcement found two firearms.  One of the two firearms was from the FFL burglary (Sig Sauer).

**Interview of HOWELL**

33.     ATF SA Morales and TFO Fulton interviewed HOWELL.   Prior to questioning, HOWELL was read his *Miranda* rights.

34.     HOWELL stated he did not reside at the residence; however, he visited often. When asked if he owns any firearms, he initially denied it.  Subsequently, when shown a photograph taken by surveillance units earlier in the day, he admitted to owning the firearm that was in his waistband.  He stated that when he heard the police, he placed the firearm in the upstairs hallway closet located near a bathroom.

35.     HOWELL was later shown a photograph of the firearm found in the closet during the search and stated that was the same firearm.

36.     The firearm is described as a Sig Sauer P220 bearing SN: 37A006744, which is one of the twenty firearms stolen from Harris Brother's Tactical.

37.     When asked about the burglary, HOWELL initially stated that he heard Suspect 1 planning to steal a few guns by doing a "smash and grab" but was not aware of the details.  He stated that he planned this a few days prior, but decided to do it when the storm began.  He stated that BAUTISTA assisted him and when the burglary occurred, HOWELL received a call from BAUTISTA.  HOWELL met BAUTISTA and Suspect 1 at the Crocus address.  He observed multiple firearms in BAUTISTA's bedroom.

38.     Based on a review of HOWELL's criminal history, HOWELL has been convicted of at least five prior felony convictions as follows:

i.  On November 5, 2004, HOWELL was sentenced in Maricopa County CR2003-013543-001D for Theft that occurred on February 15, 2002. He was sentenced to 1 year in the Arizona Department of Corrections.

ii.  On July 21, 2006, HOWELL was sentenced in Maricopa County CR2006-007456-001D for Criminal Trespass and Dangerous Drug violations that occurred on January 17, 2006. He was sentenced to 1 year in the Arizona Department of Corrections.

iii.  On December 18, 2014, HOWELL was sentenced in Maricopa County CR2013-421150-001 for Misconduct Involving Weapons and Marijuana violations that occurred on May 10, 2013. He was sentenced to 4.5 years and 2.5 years, respectively, in the Arizona Department of Corrections.

39.  Given HOWELL has served more than a year and a day in prison for the convictions in CR2013-421150-001 (iii above), he would be a prohibited possessor pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Interview of BAUTISTA

40.  SA Morales and SA Fulton then interviewed BAUTISTA. Prior to questioning, BAUTISTA was read his *Miranda* rights. BAUTISTA affirmed that he resides at the Crocus address and stays in the bedroom located on the bottom floor with his girlfriend Rogers.

41.  BAUTISTA affirmed that he is a felon. When asked if he has ever visited any gun stores, he initially denied going to any stores in the last year. After being shown photographs of himself inside Harris Brother's FFL, he admitted it was him. Ultimately, he identified Suspect 1. BAUTISTA said his job was to drive Suspect 1 to the gun store. However, he ended up inside the store. He admitted to being inside the store and advised that Suspect 1 took a bag of firearms, and he did not know the exact amount at first. All the firearms came to the Crocus address.

42.  BAUTISTA stated the reason for the burglary was to assist Rogers financially and prevent her from foreclosing her home.

43.    BAUTISTA stated that Suspect 1 and HOWELL sold all the firearms and he denied receiving payment.

## CONCLUSION

44.    For these reasons, your Affiant submits that there is probable cause to believe George BAUTISTA committed Theft of a Firearm from an FFL's Inventory in violation of Title 18, United States Code (U.S.C.) §§ 922(u) and 924(i)(1) and Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2); and, Derik HOWELL committed Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j) and 924(a)(2).  I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

AIMET
MORALES

Digitally signed by AIMET
MORALES
Date: 2022.08.27 11:06:03
-07'00'

AIMET MORALES
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this _27_ day of August, 2022.

_Eswillett_

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge